**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WANDAFUL CAFARO,<br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br>Defendant. | CIVIL ACTION<br>NO. 1:25-cv-02956-MLB-JEM |

# NOTICE OF DISMISSAL

Plaintiff Wandaful Cafaro ("Plaintiff" or "Cafaro") and Defendant American Express Travel Related Services Company, Inc. ("Defendant" or "AMEX") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that this action may be dismissed with prejudice, showing the Court as follows.

1. Plaintiff filed her Complaint on May 29, 2025. (Dkt. 1).

2. On June 26, 2025, prior to any response from Defendant, the Parties jointly moved to stay the proceedings pending arbitration. (Dkt. 2).

3. On June 27, 2025, the Court granted the Parties' Motion to Stay, and directed the clerk to administratively close the matter. (Dkt. 4). In the Court's order,

the Parties were directed to report, in writing, the outcome of the arbitration to the Court. *Id.*

4. The Parties have since been able to resolve this matter, and Plaintiff does not intend to proceed with this matter before the Court.

5. Accordingly, the parties agree that this action may be dismissed with prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss this action with prejudice.

Respectfully submitted this 17th day of June, 2026.

*/s/ Tilden Robert Reid **
Tilden Robert Reid, II
Georgia Bar No. 600138
rob@reidattorney.com
T. ROBERT REID, LLC
1030 Woodstock Road, Suite 3112
Roswell, Georgia 30075
Telephone: (678) 743-1064

*Attorney for Plaintiff*

**With Express Permission*

*/s/ Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646
natalie.turner@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
600 Peachtree Street, Suite 4300
Atlanta, Georgia 30308
Telephone: (404) 881-1300

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WANDAFUL CAFARO,<br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br>Defendant. | CIVIL ACTION<br>NO. 1:25-cv-02956-MLB-JEM |

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2026, I electronically filed the Parties' Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Tilden Robert Reid, II
T. Robert Reid, LLC
1030 Woodstock Road, Suite 3112
Roswell, Georgia 30075
rob@reidattorney.com

*/s/ Natalie N. Turner*
Natalie N. Turner
Georgia Bar No. 719646
natalie.turner@ogletree.com